1
2
3
4
5
6
7
8              UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   D'ANGELO KENYE JACOB LEWIS,              No.  2:25-cv-01054-DAD-CSK

12              Plaintiff,

13        v.                                  ORDER GIVING EFFECT TO THE
                                              PARTIES' STIPULATION AND
14   COMMISSIONER OF SOCIAL                   REMANDING THIS CASE PURSUANT TO
     SECURITY,                                SENTENCE FOUR OF 42 U.S.C. § 405(g)
15
                Defendant.                    (Doc. Nos. 11, 13)
16

17

18        On August 1, 2025, the parties filed a stipulation agreeing to remand this case for further

19   administrative action pursuant to sentence four of 42 U.S.C. § 405(g).  (Doc. No. 13.)  The parties

20   agree that on remand, the administrative law judge shall:  offer plaintiff the opportunity for a new

21   administrative hearing, further develop the record as necessary, and issue a new decision.  (*Id.* at

22   1.)

23        Good cause appearing, and pursuant to the parties' stipulation, this case is hereby

24   remanded to the Commissioner of Social Security for further proceedings consistent with the

25   terms of the parties' stipulation.

26        The Clerk of the Court is directed to enter final judgment in favor of plaintiff, and against

27   defendant, reversing the final decision of the Commissioner.

28   /////

                                            1

In addition, plaintiff's pending motion for summary judgment (Doc. No. 11) is denied as having been rendered moot by this order.

IT IS SO ORDERED.

Dated:  **August 4, 2025**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

2